UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                             15 CR 201 (LTS)

-against-

JORGE LEYVA                                          DECLARATION
------------------------------------------------------------x

I, Jorge Leyva, pursuant to 28 U.S.C. § 1746, declare as follows:

    I was arrested on January 6, 2015.  I do not remember officers reading me my Miranda rights at any time.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated:   May 28, 2015                 *Jorge Leyva*
            Brooklyn, NY               Jorge Leyva