UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | 15 CR 201 (LTS) |
| -against- | |
| JORGE LEYVA | DECLARATION |

-----------------------------------------------------------x

I, Jorge Leyva, pursuant to 28 U.S.C. § 1746, declare as follows:

    I was arrested on January 6, 2015.  I do not remember officers reading me my Miranda rights at any time.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated:   May 28, 2015
           Brooklyn, NY

*Jorge Leyva*
Jorge Leyva